# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-1266-J |
| ) | |
| BISON OILFIELD SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Robert Burns, and Defendant, Bison Oilfield Services, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action with prejudice to its refiling.

Respectfully Submitted,

s/ Justin R. Williams
Justin R. Williams, OBA No. 32539
OVERMAN LEGAL GROUP, PLLC
809 NW 36th Street
Oklahoma City, Oklahoma 73118
Telephone:   (405) 605-6718
Facsimile:   (405) 605-6719
Email: justinwilliams@overmanlegal.com
**ATTORNEYS FOR PLAINTIFF**


s/ Nathan L. Whatley*
*signed with permission by filing attorney*
Nathan L. Whatley, OBA No. 14601
MCAFEE & TAFT, P.C.
Eight Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Telephone:   (405) 235-9621

             Facsimile: (405) 235-0439
             Email: nathan.whatley@mcafeeetaft.com
             **ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 17, 2021, I electronically transmitted this document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Nathan L. Whatley, Esquire
MCAFEE & TAFT, P.C.
Eight Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Nathan.whatley@mcafeeetaft.com
ATTORNEY FOR DEFENDANT

             s/ Justin R. Williams
             For the Firm